Argued and submitted February 10, affirmed March 11, 1998

In the Matter of the Compensation of
Elizabeth A. Bergin, Claimant.
LIBERTY NORTHWEST INSURANCE CORPORATION
and Peace Health,
*Petitioners,*

*v.*

Elizabeth A. BERGIN,
*Respondent.*

(WCB 95-13542; CA A98109)

951 P2d 1107

E. Jay Perry argued the cause for petitioners. With him on the brief was Employers Defense Counsel.

Dale C. Johnson argued the cause for respondent. With him on the brief was Malagon, Moore, Johnson & Jensen.

Before De Muniz, Presiding Judge, and Haselton and Linder, Judges.

PER CURIAM

Affirmed. *Rogers v. Cascade Pacific Ind.*, 152 Or App 624, 955 P2d 307 (1998); *Barrett Business Services v. Hames*, 130 Or App 190, 881 P2d 816, *rev den* 320 Or 492 (1994).